UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHANI HODOBA,<br>Plaintiff,<br>v.<br>NATHANIEL HODOBA, COMMISSIONER ALEXANDER J. PAL, and the SACRAMENTO COUNTY SUPERIOR COURT,<br>Defendants. | No. 2:26-cv-01681-DC-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 2, 6) |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 7, 2026, the magistrate judge filed findings and recommendations, which were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 6. Plaintiff has not filed objections to the findings and recommendations, and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 7, 2026 (ECF No. 6) are ADOPTED;

and

2. This action is DISMISSED without prejudice for lack of jurisdiction;

3. Plaintiff's motion for a temporary restraining order (ECF No. 2) is DENIED AS MOOT; and

4. This Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 23, 2026**

Dena Coggins
United States District Judge